IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-01659-MSK-OES

AVA JOHNSON, et al,

      Plaintiffs,

v.

U.S. CAPITOL POLICE BOARD,

      Defendants.

_____

**ORDER TO CLOSE CASE**
_____

THIS MATTER having come before the Court, *sua sponte,* and the record revealing that the matter has been concluded,

IT IS ORDERED that the Clerk shall close the case.

Dated this 5th day of October, 2005.

          **BY THE COURT:**

          *Marcia S. Krieger*
          _____

          Marcia S. Krieger
          United States District Judge